"4. Whether a conviction can be sustained where there is, apart from an admission made to law enforcement officers after the date of the acts charged as crimes, no proof of the *corpus delicti*.

"5. Whether, in convicting petitioner the jury, and in sustaining his conviction the court below, in fact admitted, as against him, statements of his co-defendant which, as a matter of law, were not competent evidence against him."

*John M. Kelley, Jr.* and *Frederick Bernays Wiener* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States. 

No. 5, Misc. BART *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *James T. Wright* for petitioner. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for the United States. 

No. 279, Misc. GARCIA *v.* LANDON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari granted. *Harry Wolpin* and *A. L. Wirin* for petitioner. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent. 

No. 290, Misc. MASSEY *v.* MOORE, WARDEN. C. A. 5th Cir. Certiorari granted. *Dean Acheson* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *James N. Castleberry, Jr.* and *Rudy G. Rice,* Assistant Attorneys General, for respondent.